| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388.4939 Fax: (213) 388.2411<br>State Bar Number:175497<br>Lbishopbk@yahoo.com<br><br>☒ Attorney for Debtor(s)<br>☐ Debtor(s) appearing without an attorney | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Cholatee Komol<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:10-bk-15274-VZ<br><br>CHAPTER: 13<br><br>**NOTICE OF MOTION AND MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**<br><br>[No hearing required unless requested under LBR 9013-1(o)] |
|---|---|

**Creditor Name:** VICHIT AND WANTHONG SITTHIGARANA, ATTY JEFFERY J. CZECH & ASSOCIATES

1. TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

2. NOTICE IS HEREBY GIVEN that the Debtor(s) hereby moves this Court for an Order, without a hearing, avoiding a lien on the grounds set forth below.

3. **Deadline for Opposition Papers:**
   Pursuant to LBR 9013-1(o), any party objecting to the motion may file and serve a written objection and request a hearing on this motion. If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this Motion and may grant the requested relief.

4. **Type of Case:**
   a. ☒ A Voluntary Petition under Chapter   ☐7 ☐11 ☐12 ☒13 was filed on: 02/15/2010
   b. ☐ An Involuntary Petition under Chapter ☐7 ☐11 was filed on: _____
      ☐ An Order of Relief under Chapter    ☐7 ☐11 was entered on: _____
   c. ☐ An Order of Conversion to Chapter   ☐7 ☐11 ☐12 ☐13 was entered on: _____
   d. ☐ Other: _____

5. **Procedural Status:**
   a. ☒ Name of Trustee Appointed (if any): NANCY K. CURRY
   b. ☒ Name of Attorney of Record for Trustee (if any): N/A

6. Debtor claims an exemption in the subject real property under:
   a. ☒ California Code of Civil Procedure § **703.140(b)1** (Homestead): Exemption amount claimed on Schedules:
      $ 1.00
   b. ☐ California Code of Civil Procedure § __ Exemption amount claimed on Schedules: $__
   c. ☐ Other Statute (specify): _____

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2010                                                                                       F 4003-2.1.MOTION.RP

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

7. Debtor's entitlement to an exemption is impaired by judicial lien, the details of which are as follows:
   a. Date of Entry of Judgment (specify): __06/24/2008__
   b. Case Name (specify): __Vichit Sitthigamara and Wanthon Vs. Cholatee Komol, et al.__
   c. Docket Number (specify): __RIC 481155__
   d. Date of Recordation of Lien (specify): __07/24/2008__
   e. Recorder's Instrument Number or Map/Book/Page (specify): __2008-0397173 County of San Diego__

8. The property claimed to be exempt is as follows:
   a. Street Addreses (specify): __14974 Goodhue Street, Whittier, CA 90604__
      APN 8227-029-020
   b. Legal Description (specify):  ☐ See Attached Page

9. Debtor acquired the property claimed exempt on the following date (specify): __2002__

10. Debtor alleges that the fair market value of the property claimed exempt is: $ __370,000.00__ .

11. The subject property is encumbered with the following liens (list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this Motion):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| BAC Home Loans Servicing |   | 03/29/2007 | $ 452,000.00 | 451,451.00 |   |
| JPMorgan Chase |   | 03/29/2007 | $ 55,000.00 | 57,059.74 |   |
| **Vichit and Wanthong Sitthigarana** | X | 07/24/2008 | $ 62,111.06 | 62,111.06 |   |
|   |   |   | $ |   |   |

12. Debtor(s) attaches copies of the following documents in support of the motion (as appropriate):
    a. ☒ Schedule C listing all exemptions claimed by Debtor(s)
    b. ☒ Appraisal of the property
    c. ☐ Documents showing current balance due as to the liens specified in Paragraph 11 above
    d. ☒ Recorded Abstract of Judgment
    e. ☐ Recorded Declaration of Homestead (Homestead Exemption)
    f. ☒ Declaration(s) Debtor Cholatee Komol
    g. ☐ Other (specify): _____

13. Total number of attached pages of supporting documentation: _72_

14. Debtor(s) declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this motion was executed on the following date at _LOS ANGELES,_ California.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2010                                                                                                         F 4003-2.1.MOTION.RP

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

WHEREFORE, Debtor(s) prays that this Court issue an Order (a copy of the form of which is submitted herewith and has been served) avoiding the creditor's lien.

| | | | |
|---|---|---|---|
| Dated: | March 15, 2011 | By: | /s/ *Signature of Debtor* |
| | | Name: | Cholatee Komol |
| | | | *Type Name of Debtor* |
| Dated: | March 15, 2011 | By: | /s/ *Signature of Attorney for Debtor* |
| | | Name: | L. Bishop Austin 175497 |
| | | | *Type Name of Attorney for Debtor* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2010

**F 4003-2.1.MOTION.RP**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

A true and correct copy of the foregoing document described as __Notice of Motion and Motion to Avoid Lien under 11 U.S.C. § 522(f) (Real Property)__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __03/15/11__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
ustpregion16.la.ecf@usdoj.gov
ecfnc@trustee13.com
customer.service.bk@americredit.com
bline.chapter13@blinellc.com
ecfcacb@piteduncan.com
claims@recoverycorp.com
ecf@bass-associates.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __3/15/11__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jeffery J. Czech & Associates
14111 Freeway Drive, Suite 400
Santa Fe Springs, CA 90670

Vichit Sitthigarana
c/o Jeffery J. Czech & Associates
14111 Freeway Drive, Suite 400
Santa Fe Springs, CA 90670

Vichit and Wanthong Sitthigarana
Atty Jeffery J. Czech & Associates
14111 Freeway Drive, Suite 400
Santa Fe Springs, CA 90670

Jonathan A. Howell
Jeffery J. Czech & Associates
14111 Freeway Drive, Suite 400
Santa Fe Spring, CA 90670

Wanthong Sitthigarana
c/o Jeffery J. Czech & Associates
14111 Freeway Drive, Suite 400
Santa Fe Springs, CA 90670

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 15, 2011 | L. Bishop Austin 175497 | |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2010                                                                                                                                         **F 4003-2.1.MOTION.RP**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                            Best Case Bankruptcy