# UNITED STATES BANKRUPTCY COURT
## Central District Of California (Los Angeles)

IN RE:  
Debtors: Cholatee Komol

Case No.: 2:10-bk-15274  
Loan Number (Last 4): 4653

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| JPMorgan Chase Bank, N.A. | JPMorgan Chase Bank, National Association |
| Name of Transferee | Name of Transferor |
| Chase Records Center - Attn: Correspondence Mail | Court Claim # (if known): 3 |
| Mail Code LA4-5555 - 700 Kansas Lane | Amount of Claim: $57,059.74 |
| Monroe, LA 71203 | Date Claim Filed: 03/16/2010 |
| Phone: 800-848-9380 | Last Four Digits of Acct #: 4653 |
| Last Four Digits of Acct #: 4653 | |

Name and Address where transferee payments should be sent (if different from above):

JPMorgan Chase Bank, N.A.  
Mail Code: OH4-7133 - PO Box 182349  
Columbus, OH 43218

Phone: 800-848-9380

Last Four Digits of Acct #: 4653

Transfer Effective: May 01, 2011

By: /s/ Bill Taylor  
Authorized Filing Agent for Filer

Date: July 04, 2011

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

0-fb9f0d25-b0a9-402f-ba69-82ce99933291